UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TOREZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:21-cv-00671 (SS)<br><br>ORDER GRANTING STIPULATED EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 22) |

On July 26, 2022, Plaintiff filed a Notice of 28-day Permitted Extension of time which moved the date to file a Motion for Summary Judgment from August 15, 2022, to September 12, 2022. (ECF No. 18).

On September 12, 2022, by stipulation of the parties, the Court extended Plaintiff's date to file a Motion for Summary Judgment from September 12, 2022, to November 1, 2022 (ECF No. 20).

On October 26, 2022, the parties submitted a Stipulation and Proposed Order for Extension of Time. (ECF No. 22). The parties' stipulation requests the Court to extend Plaintiff's date to file a Motion for Summary Judgment from November 1, 2022, to November 4, 2022, a three-day extension.

For the reasons set forth in the stipulation, the Court finds good cause to grant Plaintiff's requested extension.

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED, Plaintiff David Torrez's deadline to file a Motion for Summary Judgment shall be extended to **November 4, 2022**.

IT IS SO ORDERED.

Dated:   **October 27, 2022**

UNITED STATES MAGISTRATE JUDGE